# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *
ALEXANDER G. McCLELLAND and      *
HAZEL YORK,                      *
                                 *
            Plaintiffs,          *
      v.                         *     No. 15-508L
                                 *     Filed: April 21, 2020
UNITED STATES,                   *
                                 *
            Defendant.           *
                                 *
* * * * * * * * * * * * * *
```

## O R D E R

The court is in receipt of the parties' April 21, 2020 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**